Stewart MATTHEW, Plaintiff–
Below, Appellant,

v.

Christophe LAUDAMIEL, Fläkt Woods
Group SA, Fläkt Woods Limited and
Dreamair LLC, Defendants–Below,
Appellees.

No. 613, 2015

Supreme Court of Delaware.

Submitted: June 8, 2016

Decided: June 22, 2016

Rehearing En Banc Denied July 7, 2016

AFFIRMED.

Rene N. SARAVIA, Claimant
Below, Appellant,

v.

CLOUDBURST, Employer
Below, Appellee.

No. 639, 2015

Supreme Court of Delaware.

Submitted: June 8, 2016

Decided: June 28, 2016

AFFIRMED.

Laura HARRIS, Respondent
Below, Appellant,

v.

DIVISION OF FAMILY SERVICES,
and Court Appointed Special Advo-
cate, Petitioners Below, Appellees.

No. 587, 2015 and 588, 2015

Supreme Court of Delaware.

Submitted: June 15, 2016

Decided: June 28, 2016

AFFIRMED.

Mark T. HARRIS, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 78, 2016

Supreme Court of Delaware.

Submitted: May 16, 2016

Decided: June 28, 2016

AFFIRMED.